**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JUDY L. FITZPATRICK,**

      Plaintiff,

  vs.                                      Civil Action 2:09-CV-391
                                            Judge Smith
                                            Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

      Defendant.

<u>ORDER</u>

On July 26, 2010, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner be reversed and that the matter be remanded for further consideration of the opinion of plaintiff's treating psychiatrist. *Report and Recommendation*, Doc. No. 18.  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The decision of the Commissioner is **REVERSED** and the matter is **REMANDED** for further consideration of the opinion of plaintiff's treating psychiatrist.

The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

                                                                   <u>/s/ George C. Smith</u>
                                                                    **George C. Smith, Judge**

**United States District Court**